UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                            CASE NO. 3:22-cr-116-TJC-LLL

ARIN CALEB ELLIS

## MOTION TO SEAL EXHIBITS

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, moves this Court to seal Exhibits 1 and 2 to its Sentencing Memorandum (Doc. 65).

The sealing of these exhibits is requested in order to safeguard from public scrutiny certain sensitive information involving crime victims and to protect their privacy. These exhibits will be submitted to the Court and defense counsel on removable media (USB drive).

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ D. Rodney Brown
D. RODNEY BROWN
Assistant United States Attorney
Florida Bar No. 0906689
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: Rodney.Brown@usdoj.gov

U.S. v. Arin Caleb Ellis                                    Case No. 3:22-cr-116-TJC-LLL

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed this document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Lisa A. Call, Esq.
> Assistant Federal Public Defender

>  /s/ *D. Rodney Brown*
> D. RODNEY BROWN
> Assistant United States Attorney